ACCEPTED
04-15-00224-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/9/2015 10:04:16 AM
KEITH HOTTLE
CLERK



**Bexar County Public Defender's Office**

101 W. Nueva ◆ Paul Elizondo Tower – Suite 310 ◆ San Antonio, TX 78205-3440
Phone: (210) 335-0701 ◆ Fax: (210) 335-0707

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/9/2015 10:04:16 AM
KEITH E. HOTTLE
Clerk

June 9, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa St., Suite 3200
San Antonio, Texas 78205

> Re:    Julio Alejandro Zuniga v. State of Texas
> Appeal No. 04-15-00224-CR
> Cause No. 2014-CR-0936-W1

To the Honorable Court of Appeals:

Pursuant to Tex. R. App. P. 48.4 (West 2013), I hereby certify that I have notified the Appellant, Julio Alejandro Zuniga, of his right to file a *pro se* petition for discretionary review. I have included a copy of the opinion and the judgment with my letter to Mr. Zuniga. The notification was sent by certified mail, return receipt requested. A copy of the return receipt is attached to this letter. The undersigned attorney supplies the Court with the following information about this case:

> Appellate attorney: Richard B. Dulany, Jr. (SBN:06196400)
> Date of Opinion and Judgment: June 3, 2015
> Date notification mailed to Appellant: June 3, 2015
> Certified mail number: 7011 1150 0002 0439 3188
> Date return receipt received by the undersigned attorney: June 8, 2015

Sincerely yours,

RICHARD B. DULANY, JR.
Appellate Public Defender

Attachment
/cmb

UNITED STATES POSTAL SERVICE

SAN ANTONIO
TX 782
05 JUN '15
PM 4 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

BEXAR COUNTY
APPELLATE PUBLIC DEFENDERS
101 W NUEVA STREET, SUITE 310
SAN ANTONIO TX 78205

RD

20594408S

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Julio Alejandro Zuniga
(#01961551)
Garza East Transfer Facility
4304 Highway 202
Beeville, Texas 78102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
N Saucedu                            6-5-15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail®        ☐ Priority Mail Express™
☐ Registered            ☒ Return Receipt for Merchandise
☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7011 1150 0002 0439 3188

PS Form 3811, July 2013            Domestic Return Receipt